

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JUL 17 AM 11:49

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 4:19CR3084 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| ROBERT ROSE, SR., | 18 U.S.C. § 2252(a)(2)&(b)(1) |
| | 18 U.S.C. § 2252(a)(4)(B)&(b)(2) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about January 22, 2018, in the District of Nebraska, ROBERT ROSE, SR., the defendant herein, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT II

On or about August 21, 2015, in the District of Nebraska, ROBERT ROSE, SR., the defendant herein, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT III

On or about May 14, 2015, in the District of Nebraska, ROBERT ROSE, SR., the defendant herein, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT IV

On or about July 19, 2018, in the District of Nebraska, defendant ROBERT ROSE, SR., did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

2

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_Sean P Lynch_
SEAN P. LYNCH, #25275
Assistant U.S. Attorney